**210B (12/09**)

# United States Bankruptcy Court

District of Puerto Rico
Case No. 09-02888-BKT13
Chapter 13

In re: Debtor(s) (including Name and Address)

ARCADIO CLAUDIO MORALES
CALLE 9A BUZN 83
PUEBLO NUEVO
VEGA BAJA PR 00693

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 07/07/2010.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 2: BANCO POPULAR DE PUERTO RICO, BANKRUPTCY DEPARTMENT, PO BOX 366818, SAN JUAN PR 00936-6818 | JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>ST CLOUD MN 56302 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/10/10

Celestino Matta-Mendez
**CLERK OF THE COURT**

# CERTIFICATE OF NOTICE

```
District/off: 0104-3        User: borregom          Page 1 of 1             Date Rcvd: Jul 08, 2010
Case: 09-02888              Form ID: trc            Total Noticed: 1
```

The following entities were noticed by first class mail on Jul 10, 2010.
```
2752233      BANCO POPULAR DE PUERTO RICO,   BANKRUPTCY DEPARTMENT,   PO BOX 366818,   SAN JUAN PR 00936-6818
```
The following entities were noticed by electronic transmission.
NONE.                                                                                             TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 10, 2010**           **Signature:**     _/s/ Joseph Speetjens_